# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SANTIAGO CADENAS, SERGIO SERRANO, ANDRE WRIGHT, JOSE AYALA and JEFF SANTOS,**

    **Plaintiffs,**

v.                                              **Case No: 6:23-cv-1135-PGB-EJK**

**SUTHERLIN NISSAN ORLANDO, INC.,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, filed August 31, 2023. (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant Sutherlin Nissan Orlando, Inc., are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file and thereafter terminate any pending motions.

**DONE AND ORDERED** in Orlando, Florida on September 1, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties